## A. M. Everhart, Appellee, v. Town of Milford. The Great Atlantic and Pacific Tea Company, Appellee, v. Town of Milford (S. O. Wright et al., Appellants).

**Gen. No. 9,412.**

opinion filed August 3, 1939. Milo J. Fleming, for appellants; George W. Loveless, for appellees. Opinion by JUSTICE HUFFMAN. "Not to be published in full."